UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    18 cr. 434 (JGK)

        v.

                                                    ORDER

BASILIO RAMIREZ,

               Defendant.
-------------------------------------------------------------x

JOHN G. KOELTL, District Judge;

For the reasons set forth in the Defendant's November 22, 2019 letter it is hereby:

    ORDERED that PRETRIAL SERVICES release the United States Passport of defendant

BASILIO RAMIREZ.

SO ORDERED

Dated: New York, New York
       November 22, 2019

                                                              JOHN G. KOELTL
                                                              UNITED STATES DISTRICT COURT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-25-19