# KIRTON LAW FIRM

_____

*Marlon G. Kirton, Esq.*

_____

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

July 4, 2020

> Application granted. The defendant should clear his travel with his probation officer to assure that there are no travel restrictions to the Dominican Republic as a result of the pandemic.
> SO ORDERED.
>
> New York, NY               /s/ John G. Koeltl
> July 6, 2020                 John G. Koeltl
>                                       U.S.D.J.

VIA ELECTRONIC FILING

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Basilio Ramirez, 18 cr. 434 (JGK)*

Dear Judge Koeltl:

    I represent Basilio Ramirez in the above-referenced matter. Mr. Ramirez pleaded guilty to a tax offense. He was sentenced, inter alia, to time served and three years' probation on October 11, 2019. I request that this Court modify the conditions of his supervised release to allow him to travel outside of the Southern and Eastern Districts of New York. He wants to go to the Dominican Republic. The proposed travel dates are from July 17, 2020, to August 10, 2020.

    Mr. Ramirez seeks to travel to the Dominican Republic to visit his grandmother. Mr. Ramirez is close to his grandmother. His grandmother is 82 years old, and he would like to see her before she passes. Mr. Ramirez is a United States citizen and has lived here since 1996. Nearly all of his family ties are in the United States. Mr. Ramirez recently received a promotion at Fed Ex. Mr. Ramirez will stay with his family at an address known to Probation. The Government does not oppose the request. Probation takes no position regarding this request.

    Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

1

cc: Jacob Fiddelman, Assistant United States Attorney (via electronic mail)
    Joseph H. Perry, United States Probation (via electronic mail)